CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
JESUS SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 09-276 JAM |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| JESUS SANDOVAL, et al., | DATE: August 2, 2011 |
| Defendants. | TIME: 9:30 a.m. |
| | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JESUS SANDOVAL, that the status conference scheduled for August 2, 2011, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on August 9, 2011, at 9:30 a.m. for anticipated change of plea.

Defense counsel seeks additional time to discuss the case with Mr. Sandoval and to secure the services of an interpreter to translate the plea agreement for him.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

DATED:        August 1, 2011                    /S/      Heiko Coppola_____
                                                HEIKO COPPOLA
                                                Attorney for Plaintiff


                                                /S/      Clemente M. Jiménez_____
                                                CLEMENTE M. JIMÉNEZ
                                                Attorney for Jesus Sandoval




## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for August 2, 2011, at 9:30 a.m., be vacated and the matter continued to August 9, 2011, at 9:30 a.m. for anticipated change of plea.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 1st day of August, 2011

                                                /s/ John A. Mendez_____
                                                HON. JOHN A. MENDEZ
                                                United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com