| | |
|---|---|
| 1 | CLEMENTE M. JIMÉNEZ, SBN 207136 |
| 2 | 428 J Street, Suite 355 |
|   | Sacramento, CA 95814 |
| 3 | (916) 443-8055 |
| 4 | |
|   | Attorney for Defendant |
| 5 | JESUS SANDOVAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 09-276 JAM |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE |
| v. | |
| JESUS SANDOVAL, et al., | DATE: October 25, 2011 |
| Defendants. | TIME: 9:30 a.m. |
| | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JESUS SANDOVAL, that the sentencing hearing scheduled for October 25, 2011, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on January 3, 2010, at 9:30 a.m. for sentencing. US Probation Officer Rick Elkins has indicated that he needs additional time to complete the pre-sentence report. The parties suggest the following briefing schedule:

Draft PSR due: 11/08/11

Objections due: 11/22/11

Final PSR due: 11/29/11

Motion for Correction: 12/06/11

PDF created with pdfFactory trial version www.pdffactory.com

Reply, or Non-Opposition: 12/13/11

J&S: 1/3/12


DATED: October 21, 2011          /S/     Heiko Coppola_____
                                 HEIKO COPPOLA
                                 Attorney for Plaintiff


                                 /S/     Clemente M. Jiménez_____
                                 CLEMENTE M. JIMÉNEZ
                                 Attorney for Jesus Sandoval


### ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for October 25, 2011, at 9:30 a.m., be vacated and the matter continued to January 3, 2012, at 9:30 a.m. for sentencing.

This 24th day of October, 2011

                                 /s/ John A. Mendez_____
                                 HON. JOHN A. MENDEZ
                                 United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com