| | |
|---|---|
| 1 | CLEMENTE M. JIMÉNEZ, SBN 207136 |
| 2 | 428 J Street, Suite 355<br>Sacramento, CA 95814 |
| 3 | (916) 443-8055 |
| 4 | |
| 5 | Attorney for Defendant<br>JESUS SANDOVAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS SANDOVAL, et al.,<br><br>Defendants. | Case No.: 09-276 JAM<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE: January 3, 2012<br>TIME: 9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JESUS SANDOVAL, that the sentencing hearing scheduled for January 3, 2012, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on January 24, 2012, at 9:30 a.m. for sentencing. The parties have some matters relevant to sentencing that must be concluded prior to the sentencing hearing.

DATED: December 23, 2011     /S/     Heiko Coppola_____
                              HEIKO COPPOLA
                              Attorney for Plaintiff


                              /S/     Clemente M. Jiménez_____
                              CLEMENTE M. JIMÉNEZ
                              Attorney for Jesus Sandoval

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | **ORDER** |

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for January 3, 2012, at 9:30 a.m., be vacated and the matter continued to January 24, 2012, at 9:30 a.m. for sentencing.

This 30th day of December, 2011

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com