| | |
|---|---|
| 1 | CLEMENTE M. JIMÉNEZ, SBN 207136 |
| 2 | 428 J Street, Suite 355 |
|   | Sacramento, CA 95814 |
| 3 | (916) 443-8055 |
| 4 | |
|   | Attorney for Defendant |
| 5 | JESUS SANDOVAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 09-276 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE |
| v. | |
| JESUS SANDOVAL, et al., | DATE: January 24, 2012 |
| Defendants. | TIME: 9:30 a.m. |
| | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JESUS SANDOVAL, that the sentencing hearing scheduled for January 24, 2012, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on February 14, 2012, at 9:30 a.m. for sentencing. Defense counsel will be unavailable for the currently set hearing date due to being in trial before the Hon. William B. Shubb.

DATED:   January 19, 2012              /S/    Heiko Coppola_____
                                       HEIKO COPPOLA
                                       Attorney for Plaintiff


                                       /S/    Clemente M. Jiménez_____
                                       CLEMENTE M. JIMÉNEZ
                                       Attorney for Jesus Sandoval

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | **ORDER** |
| 6 | IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled |
| 7 | for January 24, 2012, at 9:30 a.m., be vacated and the matter continued to February 14, |
| 8 | 2012, at 9:30 a.m. for sentencing. |
| 9 | |
| 10 | This 19th day of January, 2012 |

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Judge