| | |
|---|---|
| 1 | CLEMENTE M. JIMÉNEZ, SBN 207136 |
| 2 | 428 J Street, Suite 355 |
|   | Sacramento, CA 95814 |
| 3 | (916) 443-8055 |
| 4 | |
|   | Attorney for Defendant |
| 5 | JESUS SANDOVAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 09-276 JAM |
| Plaintiff, | AMENDED STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE |
| v. | |
| JESUS SANDOVAL, et al., | DATE: February 14, 2012 |
| Defendants. | TIME: 9:30 a.m. |
| | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JESUS SANDOVAL, that the sentencing hearing scheduled for February 14, 2012, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on March 6, 2012, at 1:30 p.m. for sentencing. Certain issues remain requiring resolution before the matter can proceed to sentencing, which the parties anticipated happening on March 6, 2012.

//
//
//
//
//

09cr276.o.2912.doc
02/09/12

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: February 9, 2012 | /S/ Heiko Coppola_____<br>HEIKO COPPOLA<br>Attorney for Plaintiff |
| | /S/ Clemente M. Jiménez_____<br>CLEMENTE M. JIMÉNEZ<br>Attorney for Jesus Sandoval |

## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for February 14, 2012, at 9:30 a.m., be vacated and the matter continued to March 6, 2012, at 1:30 p.m. for sentencing.

This 9th day of February, 2012

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com